■ ROBERT E. KORTS, JR., Respondent, v G&K ENERGY SYSTEMS, INC., et al., Appellants. [790 NYS2d 909]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered June 9, 2003. The order, insofar as appealed from, granted plaintiff's motion to compel disclosure and denied defendants' application for sanctions.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Lawton, JJ.